IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ANTHONY POWELL,

    Plaintiff,

v.

CIVIL ACTION NO.: CV511-056

MICHAEL WOODS, Chief of Security;
JERRY MILES; ANGELA McQUAIG;
and TIFFANEY WILSON,

    Defendants.

## ORDER

By Order dated December 14, 2011, this case was dismissed, without prejudice, as Plaintiff had not advised the Court of his change of address in violation of the Court's June 6, 2011, Order. Plaintiff has now notified the Clerk of his address change. Accordingly, the Court **VACATES** its Order dated December 14, 2011.

The Clerk of Court is **DIRECTED** to re-open this case.

**SO ORDERED**, this 29 day of December, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)